# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                        Case No. 2:09-cr-92-FtM-29DNF

CARLOS PEREZ

## ORDER SETTING
## CONDITIONS OF RELEASE

IT IS ORDERED that the release of the defendant is subject to the following conditions and provisions:

(1)   The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)   The defendant shall immediately advise the court, Pretrial Services Office*, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(3)   The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear in the United States Courthouse and Federal Building in the Courtroom directed upon notice.

## ADDITIONAL CONDITIONS OF RELEASE

In order reasonably to assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

### Unsecured Financial Condition

- The defendant executes an unsecured bond binding the defendant to pay the United States the sum of $50,000 in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

- report as directed by the Pretrial Services Office*.

- Maintain or actively seek verifiable employment.

- Surrender any passport to Clerk, U.S. District Court.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Defendant is restricted in travel to the Middle District of Florida. The defendant may also visit his/her attorney if outside this area, after notification to the Pretrial Services Officer.*

ANY TRAVEL OUTSIDE THE AREA SET FORTH ABOVE MUST BE SUBMITTED *BY WRITTEN NOTIFICATION* TO AND APPROVAL BY THE PRETRIAL SERVICES OFFICER* AT LEAST THREE (3) DAYS PRIOR TO THE DATE UPON WHICH TRAVEL IS TO COMMENCE. A courtesy copy of this notification shall be submitted to the Assistant U.S. Attorney.

- Refrain from possessing a firearm, destructive device, or other dangerous weapon.

- Refrain from the excessive consumption of alcoholic beverages.

- Refrain from any use or unlawful possession of a narcotic drug or other controlled substances in 21 U.S.C. § 802, unless with prior written approval of the Pretrial Services Officer* or as may be lawfully prescribed in writing by a licensed medical practitioner.

- Report as soon as possible, to the Pretrial Services Office* any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

- Other: May also travel to Southern District of Florida.

### Additional Information

* If this bond is set as a result of a probation violation or supervised release violation, the Probation Officer shall supervise and give direction to the defendant herein rather than the Pretrial Services Officer*.

The Middle District of Florida consists of the following Florida counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwannee, Union and Volusia.

## ADVICE OF PENALTIES AND SANCTIONS

## TO THE DEFENDANT:

## YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.
The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.
Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.
If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.
A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

-3-

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

7827 Regal Heron Cir #106
Address

Naples, FL 34104      (786) 314-6825
City, State and Zip Code     Telephone

## DIRECTIONS TO THE UNITED STATES MARSHAL

☑ The defendant is ORDERED released after processing.
☐ The United States marshal is ORDERED to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date:   October 20, 2009

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE