# United States District Court

**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

v.

CARLOS PEREZ

## WARRANT FOR ARREST

CASE NUMBER: 2:09-cr-92FtM- 29 NNF

*MIDDLE DIST. OF FLORIDA FT. MYERS* 2009 OCT 15 AM 9:42 RECEIVED U.S. MARSHAL

**To: The United States Marshal**
   **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest Carlos Perez bring him forthwith to the nearest magistrate to answer an

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Section 1349.

| SHERYL L. LOESCH | CLERK, UNITED STATES DISTRICT COURT |
|---|---|
| Name & Title of Judicial Officer | Title of Issuing Officer |
| _Kimberly T. Arnett_ (By) Deputy Clerk | 10/14/09  Ft. Myers FL  Date and Location |
| Bail fixed at $ _____ | by _____ Name of Judicial Officer |

*2009 OCT 20 PM 3:50 U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS, FLORIDA  FILED*

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
_____

| DATE RECEIVED 10-15-09 | NAME AND TITLE OF ARRESTING OFFICER  LEELUND E. BOWMAN  DEPUTY US MARSHAL | SIGNATURE OF ARRESTING OFFICER  _Leelund E. Bowman_ |
|---|---|---|
| DATE OF ARREST 10-20-09 | | |