UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


UNITED STATES OF AMERICA

-vs-                                                            Case No.: 2:09-cr-92-FtM-29DNF

CARLOS PEREZ
_____


**ORDER**

This matter comes before the Court *sua sponte*. The Defendant is currently released on a $50,000 unsecured bond and under the supervision of Pretrial Services to follow all the terms and conditions imposed by the Court. It appears the Defendant is currently employed as a "personal banker". Given the nature of the alleged offense in this case, Bank Fraud, the Court finds the current employer is potentially at third party risk due to the alleged instant offense. As such, the Defendant is obligated to disclose to his current employer, the nature of the pending charges against him, and status of this case.

Accordingly, it is now

**ORDERED:**

(1) The Defendant shall disclose to the employer where he currently works as a "personal banker", the nature of the pending charges against him and status of this case.

(2) The Defendant shall have up to and including **JUNE 4, 2010**, to comply with this Order. The Defendant shall provide Pretrial Services with verification of this notification by the close of business on June 4, 2010.

Failure to comply with this Order may result in the imposition of sanctions, including but not limited to, the revocation of bond.

**DONE AND ORDERED** at Fort Myers, Florida, this __28th__ day of May, 2010.


SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record